

# Fourth Court of Appeals
## San Antonio, Texas

January 28, 2022

No. 04-22-00056-CV

**IN RE DOUGLAS K. SMITH**,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-24897
Honorable Norma Gonzales, Judge Presiding

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Luz Elena D. Chapa, Justice
                 Irene Rios, Justice
                 Beth Watkins, Justice

On January 28, 2022, relator, Douglas K. Smith, filed a Petition for a Writ of Injunction and a motion for an emergency order to stay a foreclosure pending further order of the court. Real Party in Interest, Pioneer Bank, may file a response to the motion no later than **Monday January 31, 2022 at 9 A.M.** Any such response must conform to the Texas Rules of Appellate Procedure.

It is so **ORDERED** on January 28, 2022.

**PER CURIAM**

ATTESTED TO:_____
             MICHAEL A. CRUZ,
             CLERK OF COURT

---

[1] This proceeding arises out of Cause No. 2021-CI-24897, styled *Smith v. Pioneer Bank*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Norma Gonzales presiding.